IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SONNY HARRIS, #648724 § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-648 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 15, 2006. Petitioner has not filed his Objections to the Report and Recommendation.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the State's Motion for Summary Judgment (Instrument No. 8) be **GRANTED** and that Petition for a Writ of Habeas Corpus of Sonny Harris (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 22nd day of June, 2006.

Samuel B. Kent
United States District Judge