IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SONNY HARRIS, #648724 | § |
| | § |
| v. | §    CIVIL ACTION NO. G-05-648 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is

**DISMISSED**.

    **THIS IS A FINAL JUDGMENT**.

    **DONE** at Galveston, Texas this 22nd day of June, 2006.

_____
Samuel B. Kent
United States District Judge